No. 82–42. BACA ET AL. *v.* WALGREEN CO. Sup. Ct. Kan. Certiorari denied.

No. 82–43. ASAM *v.* STANLEY, DBA POODLE PALACE, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 82–44. BOTHKE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 82–45. MILLER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 82–46. CATHOLIC BISHOP OF CHICAGO *v.* F.E.L. PUBLICATIONS, LTD. C. A. 7th Cir. Certiorari denied.

No. 82–49. FEDERATED DEPARTMENT STORES, INC., DBA I. MAGNIN *v.* CANCELLIER ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–50. SMITH ET AL. *v.* AHR. Sup. Ct. Mo. Certiorari denied.

No. 82–51. LEITCH ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 82–58. GRAND FALOON TAVERN, INC. *v.* WICKER, CHIEF OF COCOA BEACH, FLORIDA, POLICE DEPARTMENT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–64. PARMLEY *v.* STATE BAR OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 82–66. MAZALESKI *v.* MAY. C. A. 4th Cir. Certiorari denied.